NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BESTWAY (USA), INC.,**
*Appellant*

**v.**

**INTEX MARKETING LTD.,**
*Cross-Appellant*

---

2019-1373, 2019-1392

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2017-00003.

---

**JUDGMENT**

---

JOHN S. ARTZ, Dickinson Wright PLLC, Ann Arbor, MI, argued for appellant. Also represented by STEVEN A. CALOIARO, Reno, NV.

ANDREW M. MCCOY, Faegre Baker Daniels, Indianapolis, IN, argued for cross-appellant. Also represented by R. TREVOR CARTER, REID E. DODGE; LAUREN MARIE WILLIAMS STEINHAEUSER, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>January 9, 2020</u>
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court